**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**NORMAN SHAW, JR.**
**Reg No. 13155-006**                                                                    **PLAINTIFF**

**v.**                                          **Case No. 2:24-cv-00045 KGB**

**GARRETT, Warden of**
**FCI Forrest City Medium**                                                             **DEFENDANT**

**<u>ORDER</u>**

Before the Court is the Recommended Disposition ("Recommendation") of United States Magistrate Judge Benecia Moore (Dkt. No. 3). Plaintiff Norman Shaw, Jr. did not object. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice the complaint. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this 12th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge